JOEL K. LIBERSON (SBN: 164857) Joel@libersonwolford.com
JASON N. WOLFORD (SBN: 194177) Jason@libersonwolford.com
LIBERSON & WOLFORD LLP
220 Montgomery Street, Suite 1093
San Francisco, CA 94104
Telephone: (415) 677-4110
Facsimile: (415) 358-8154

Attorney for Plaintiff DIANE CLARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CLARK,<br><br>  Plaintiff,<br><br> v.<br><br>MARGARET PILLOW, PILLOW LIVING TRUST and DOES ONE through TEN<br><br>  Defendants. | CASE NO. C 07-01225 JSW<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER RELATED DATES DUE TO CONDITIONAL SETTLEMENT** |

After filing the instant lawsuit, Plaintiff's counsel promptly provided counsel for Defendant Margaret Pillow as an individual ("Defendant") with a copy of the lawsuit and related materials on March 1, 2007, inquiring whether or not Defendant's counsel would accept service. Upon receipt of these materials by Defendant's counsel, the parties initiated informal settlement negotiations. One of Defendant's goals was to potentially resolve the lawsuit prior to the necessity of making a formal appearance in this matter. Therefore, no responsive pleading has been filed to date.

After extensive negotiations, the parties have come to a conditional settlement of this matter, which has been reduced to a written settlement agreement executed by the parties. Pursuant to the settlement agreement, Plaintiff will be vacating her apartment and Defendant will

-1-
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER
RELATED DATES DUE TO CONDITIONAL SETTLEMENT
Clark v. Pillow, Case No. C 07-01225 JSW

1  be making a second and final settlement payment on or before July 31, 2007.
2      Based upon the conditional nature of the settlement, and the anticipation that the
3  settlement conditions will be met on or before July 31, 2007, the parties request a continuance of
4  the last day to file a Rule 26(f) Report and Case Management Statement and the currently
5  scheduled June 15, 2007 Case Management Conference.
6      In addition, based upon the conditional settlement being reached before a responsive
7  pleading was filed by Defendant, Plaintiff requests the deadlines for service of this lawsuit and
8  for the filing of a responsive pleading be stayed pending the finalization of the conditional
9  settlement.
10     The parties stipulate to the above requests.
11
12
13 DATED: June __, 2007          LIBERSON & WOLFORD LLP
14                    By _____
15                       Jason N. Wolford
                         Attorneys for Plaintiff
16
17 DATED: June 11, 2007          GOLDSTEIN, GELLMAN, MELBOSTAD,
                                 GIBSON & HARRIS, LLP
18
19                    By _____
20                       A. Jeanne Jorge
                         Specially Appearing for Margaret Pillow
                         as an Individual
21
22
23
24
25
26
27
28

-2-
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER
RELATED DATES DUE TO CONDITIONAL SETTLEMENT
Clark v. F...

## ORDER

Based upon good cause showing, the deadline for filing a Rule 26(f) Report and Case Management Statement, as well as the Case Management Conference currently set for June 15, 2007, are off calendar. The parties are to inform the Court by August 6, 2007 if the settlement conditions have been met and to request dismissal of this action. If the settlement is not finalized, the Court will reschedule a Case Management Conference and related dates. In addition, the Court stays the deadlines for service of this lawsuit and for the filing of a responsive pleading pending the settlement.

IT IS SO ORDERED

Dated: __June 12__, 2007

*Jeffrey S White*
Hon. Jeffrey S. White
U.S. District Court Judge

-3-
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER
RELATED DATES DUE TO CONDITIONAL SETTLEMENT
Clark v. Pillow, Case No. C 07-01225 JSW